UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
and THE STATE OF MICHIGAN,
ex rel. MICHAEL NOBLE,
Plaintiffs,

CIVIL CASE NO. 10-13924
HON. GERALD E. ROSEN

vs.

CIENA HEALTH CARE MANAGEMENT, INC.
a Michigan corporation; REGENCY ON THE
LAKE-FORT GRATIOT, LLC, d/b/a REGENCY ON THE
LAKE REAL ESTATE-FORT GRATIOT, LLC,
MOHAMMAD A. QAZI and SELECT REHABILITATION
MANAGEMENT SERVICES, A Deleware corporation,
Jointly and Severally,
Defendants.
_____________________________________________/

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States; and

6. All orders of this Court shall be sent to the United States.

IT IS SO ORDERED,

Dated: October 26, 2011

s/Gerald E. Rosen
HON. GERALD E. ROSEN
Chief, United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 26, 2011, by electronic and/or ordinary mail.

s/Ruth A.Gunther
Case Manager
(313) 234-5137