**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
MICHAEL NOBLE, an individual,

Plaintiff-Relator,

-vs-

CIENA HEALTH CARE MANAGEMENT, INC.
a Michigan corporation; REGENCY ON THE
LAKE-FORT GRATIOT, LLC, d/b/a REGENCY ON
THE LAKE-FORT GRATIOT; REGENCY ON THE
LAKE REAL ESTATE-FORT GRATIOT, LLC,
MOHAMMAD A. QAZI and SELECT
REHABILITATION MANAGEMENT SERVICES,
a Delaware Corporation,
Jointly and Severally,

Defendants.
______________________________________/

Civil Action No. 10-13924
Hon. Gerald E. Rosen

HERTZ SCHRAM PC
By: Patricia A. Stamler (P35905)
Attorneys for Plaintiff-Relator Noble
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
______________________________________/

**PLAINTIFF/RELATOR'S EX-PARTE MOTION TO DISMISS**
**QUI TAM CASE WITHOUT PREJUDICE**
**<u>TO THE UNITED STATES AND THE RELATOR</u>**

Plaintiff/Relator hereby states:

1. This Qui Tam case was filed Under Seal on October 1, 2010, under the False Claims Act, 31 U.S.C. §3729. The Defendants have not been served.

2. The United States of America has declined to intervene in the action and Plaintiff/Relator wishes to dismiss this action without prejudice to the United States and the Relator. (**Ex. 1**).

3. Relator does not waive his right to seek compensation from any monetary relief that the government secures through a criminal prosecution of any or all of the Defendants in the above-captioned matter.

4. The United States of America has advised Plaintiff/Relator that it reserves its rights with respect to any monetary relief secured through a criminal prosecution and that it consents solely to the Dismissal Without Prejudice to the United States and the Relator and the terms of the proposed Ex-Parte Order of Dismissal Without Prejudice to the United States and the Relator. (**Ex. 2**).

WHEREFORE, Plaintiff/Relator requests entry of an Ex-Parte Order of Dismissal Without Prejudice in the form attached hereto as **Exhibit 3**.

Respectfully submitted,

s/ Patricia A. Stamler
Hertz Schram PC
Attorneys for Plaintiff/Relator
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 3353-5000
P35905
pstamler@hertzschram.com

S:\9103-1 Noble, Michael\Pleadings\Ex Parte Motion to Dismiss.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2011, I electronically filed the foregoing *Plaintiff/Relator's Ex-Parte Motion to Dismiss Qui Tam Case Without Prejudice to the United States and the Relator* with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Elizabeth Valentine, Assistant Attorney General, at valentine@michigan.gov, Michael J. Riordan, Assistant U.S. Attorney, at Michael.Riordan@usdoj.gov, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Michael Noble
4013 Gratiot Avenue
Fort Gratiot, MI 48059

s/ Patricia A. Stamler
HERTZ SCHRAM PC
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
Email: pstamler@hertzschram.com
Bar Number: P35905