UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
MICHAEL NOBLE, an individual,   Civil Action No. 10-13924
                                Hon. Gerald E. Rosen
        Plaintiff-Relator,

-vs-

CIENA HEALTH CARE MANAGEMENT, INC.
a Michigan corporation; REGENCY ON THE
LAKE-FORT GRATIOT, LLC, d/b/a REGENCY ON
THE LAKE-FORT GRATIOT; REGENCY ON THE
LAKE REAL ESTATE-FORT GRATIOT, LLC,
MOHAMMAD A. QAZI and SELECT
REHABILITATION MANAGEMENT SERVICES,
a Delaware Corporation,
Jointly and Severally,

        Defendants.
_____/

HERTZ SCHRAM PC
By:   Patricia A. Stamler (P35905)
Attorneys for Plaintiff-Relator Noble
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI  48302
(248) 335-5000
_____/

## INDEX OF EXHIBITS

| NO. | DESCRIPTION |
| --- | --- |
| 1.  | U.S.'s Notice of Election to Decline Intervention |
| 2.  | Consent |
| 3.  | Proposed Order of Dismissal |