UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
MICHAEL NOBLE, an individual,

Plaintiffs,

No. 10-cv-13924

Hon. Gerald E. Rosen

vs.

CIENA HEALTH CARE MANAGEMENT, INC.,
et al.,

Defendants.
_______________________________________/

*EX-PARTE* ORDER OF DISMISSAL, WITHOUT PREJUDICE
TO THE UNITED STATES AND THE RELATOR

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on November 8, 2011

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

Plaintiff/Relator, by and through his attorneys, HERTZ SCHRAM PC, and with the consent of the United States, filed his *Ex-Parte* Motion to Dismiss Qui Tam Case Without Prejudice to the United States and the Relator pursuant to Rule 41(a). The *qui tam* was filed pursuant to 31 U.S.C. § 3730(b). As required by the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States has consented in writhing solely to the dismissal without prejudice to the United States and the Relator, and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed,

without prejudice to the United States and the Relator and without costs or attorneys' fees; and

IT IS SO ORDERED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: November 8, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 8, 2011, by electronic and/or ordinary mail.

s/Ruth A. Gunther
Case Manager